AO 94 (Rev. 8/97) Commitment to Another District    Case 2:12-mj-00052-CKD   Document 2   Filed 02/23/12   Page 1 of 1

FILED
FEB 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Eastern District of California

UNITED STATES OF AMERICA
V.
JOHN NOSTER

## COMMITMENT TO ANOTHER DISTRICT

Case No. 2:12-mj-00052-CKD

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 2:12-mj-00052-CKD | CR04-00621-SVW | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   ✔ Other (specify)   Violation Petition

charging a violation of   18   U.S.C. §   3583(e)(3)

**DISTRICT OF OFFENSE**
Central District of California

**DESCRIPTION OF CHARGES:**

Willfully and unlawfully contacted and communicated with a minor, and attempted to contact and communicate with a minor, when he knew and should reasonably have known that said person was a minor, with intent to commit an offense.

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
✔ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   ✔ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ✘ No   ☐ Yes   Language: _____

**DISTRICT OF** CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/23/12
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

8. Commitment to Another District.wpd